IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 2:16-cr-68 |
| v. | 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) |
| | Possession with Intent to Distribute |
| BRIAN LEE GOFFIGAN, | Cocaine Base |
| | (Count 1) |
| Defendant. | |
| | 18 U.S.C. § 924(d), 21 U.S.C. § 853, |
| | 28 U.S.C. § 2461 |
| | Asset Forfeiture |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about September 10, 2015, in the Eastern District of Virginia, the defendant, BRIAN LEE GOFFIGAN, did knowingly, intentionally and unlawfully possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.)

# FORFEITURE ALLEGATION

1. The defendant, if convicted of the violation alleged in this information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

    a. Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation;

    b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation; and

    c. Any firearm or ammunition involved in or used in the violation.

2. If any property that is subject to forfeiture above, as a result of any act or omission of the defendant, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

(In accordance with 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Kevin Hudson
Assistant United States Attorney
Virginia State Bar No. 81420
Attorney for the United States
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email Address: kevin.hudson@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that, on the 6th day of June, 2016, I filed a paper copy of the foregoing with the Clerk of Court, the docketing of which will send a notification of such filing (NEF) to all counsel of record.

_/s/ Kevin Hudson_
Kevin Hudson
Assistant United States Attorney
Virginia State Bar No. 81420
Attorney for the United States
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email Address: kevin.hudson@usdoj.gov