
FILED
IN OPEN COURT

JUN - 7 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:16-cr-68 |
| | ) | |
| BRIAN LEE GOFFIGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in Count One of the Information and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt by admissible evidence, consisting of the following:

1. In August 2015, detectives with the Virginia Beach Police Department received information that defendant BRIAN LEE GOFFIGAN was distributing cocaine base in the City of Virginia Beach. Detectives followed up and identified GOFFIGAN and the locations he frequented while selling cocaine base.

2. Over the course of August and into September 2015, detectives undertook four controlled purchases of cocaine base from GOFFIGAN and conducted surveillance on GOFFIGAN. During the surveillance, GOFFIGAN was observed riding around as the passenger in a vehicle. GOFFIGAN would make short stops at various locations in Virginia Beach and have short meetings with people where a hand-to-hand transaction would occur. The short meetings rarely lasted more than a minute or two.

3. On September 10th, 2015, detectives were conducting surveillance on GOFFIGAN and saw him exit his residence in Virginia Beach and get into a car driven by a female.

1

Detectives then watched as the female drove GOFFIGAN to three different short meetings. Two of the meetings lasted under two minutes and involved a hand-to-hand transaction. At the third short meeting, GOFFIGAN stopped at the residence of a person that Virginia Beach detectives suspect to be a cocaine dealer.

4. At one point during the surveillance, the female and GOFFIGAN pulled into a Citgo station on Bonney Road in Virginia Beach. GOFFIGAN got out of the car and went into the Citgo store. As GOFFIGAN exited the store, detectives approached him and attempted to detain him based on their earlier observations that day, as well as the previous controlled purchases. GOFFIGAN ran from detectives, but after a short foot pursuit detectives were able to catch and arrest GOFFIGAN.

5. An initial search incident to arrest revealed an off-white rock substance in GOFFIGAN's pocket. That substance later tested as 6.7976 grams of cocaine base at the Virginia Department of Forensic Science. GOFFIGAN was transported to the Virginia Beach Police Headquarters. Prior to placing GOFFIGAN in an interview room, detectives conducted a more thorough search of GOFFIGAN's person. At that time, detectives recovered an additional quantity of an off-white rock substance from the crotch area of GOFFIGAN's pants. That off-white rock substance later tested as 21.72 grams of cocaine base at the Virginia Department of Forensic Science. The total cocaine base weight seized from GOFFIGAN that day was 28.5176 grams.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Kevin Hudson
Assistant United States Attorney
Virginia State Bar No. 81420
Attorney for the United States
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email Address: kevin.hudson@usdoj.gov

RPH
ones
BG

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, Brian Lee Goffigan, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

*Brian Lee Goffigan*
Brian Lee Goffigan

I am Brian Lee Goffigan's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

*Catherine Six*
Catherine Six, Esquire
Counsel for Brian Lee Goffigan

4